FILED
CLERK, U.S. DISTRICT COURT

DEC 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Juan Gomez Marquez,* | CASE NO. CV 12-6963-GHK (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Cenlar FSB, et al.,* | |
| Defendant.s | |

Pursuant to the Court's December 5, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Juan Gomez Marquez's claims against Defendants (1) Cenlar FSB; (2) Federal Home Loan Mortgage Corporation; (3) Mortgage Electronic Registration Systems, Inc.; and (4) Quality Loan Service Corporation are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: December 5, 2012

GEORGE H. KING
Chief United States District Judge