UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Juan Gomez Marquez,*<br><br>        **Plaintiff,**<br><br>        v.<br><br>*Cenlar FSB, et al.,*<br><br>        **Defendant.s** | CASE NO. CV 12-6963-GHK (VBKx)<br><br>**JUDGMENT** |

Pursuant to the Court's December 5, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Juan Gomez Marquez's claims against Defendants (1) Cenlar FSB; (2) Federal Home Loan Mortgage Corporation; (3) Mortgage Electronic Registration Systems, Inc.; and (4) Quality Loan Service Corporation are **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

DATED: December 5, 2012

                                                                GEORGE H. KING<br>
                                            Chief United States District Judge

*FILED CLERK, U.S. DISTRICT COURT — DEC 5 2012 — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY*